**No. P67/156.**—Fred Bronner Corp. *v.* United States, protest 64/8189 (New York).

OLIVER, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consist of HO gauge figures similar in all material respects to those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), except that certain of such articles are composed of plastic material, the claim of the plaintiff was sustained.

**No. P67/157.**—A. C. Gilbert Co. and Milton Snedeker Corp. et al. *v.* United States, protests 65/14792, etc. (New York).

OLIVER, J. In accordance with stipulation of counsel that the items of merchandise marked "A" or "B" covered by the foregoing protests consists of HO equipment similar in all material respects to that the subject of *United States* v. *Polk's Model Craft Hobbies Inc., et al.* (47 CCPA 137, C.A.D. 746), the claims of the plaintiffs were sustained.

BEFORE THE SECOND DIVISION, MAY 11, 1967

(NOTE: The following protests were decided by a special second division consisting of RAO, FORD, and RICHARDSON, Judges.)

**No. P67/158.**—William Shaland Corp. et al. *v.* United States, protests 330614–K, etc. (New York).

**No. P67/159.**—Novelty Import Co., Inc., et al. *v.* United States, protests 66/745, etc. (New York).

RICHARDSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of so-called "miniature hunting knives" similar in all material respects to those the subject of *M. Pressner & Co.* v. *United States* (56 Cust. Ct. 489, C.D. 2686), the claim of the plaintiffs was sustained.

(NOTE: The following protests were decided by a special second division consisting of RAO, FORD, and LANDIS, Judges.)